UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


MAURICE SYMONETTE, ALFRED DAVIS
JAMES BUCKMAN AND JERIMIAH PARHAM

Plaintiffs



CASE:

Vs.


DADE COUNTY, DADE COUNTY EVICTION
SHERIFFS DEPT, DADE COUNTY CLERK OF
COURT, CITY OF NORTH MIAMI BEACH,
NORTH MIAMI BEACH POLICE DEPT, THE
CITY OF NORTH MIAMI BEACH BUILDING
AND ZONING DEPT, WASHINGTON MUTUAL
BANK F.A., WASHINGTON MUTUAL BANK,
JPMORGAN CHASE BANK, MIAMI, JUDGE
BARBARA ARECES, SHAPIRO FISHMAN and
GAC'E LAW FIRM.

Defendant(s)

_____/


**COMPLAINT:**


1) FEDERAL VIOLATION OF FDIC PURCHASE AND
   ASSUMPTION AGREEMENT PG. 17ART.3 SEC.3.3
2). VIOLATION OF SEC GAAP RULES
3). VIOLATION OF THE 1964 CIVIL RIGHTS
   ACT AND EQUAL PROTECTION CLAUSE OF
   THE 14TH AMENDMENTOF THE
   AMENDMENT OF THE US CONSTITUTION.
4). RESPA AND TILA VIOLATIONS
5). VIOLATION OF BANKRUPTCY

6).VIOLATION OF 7TH& 8TH AMENDMENT
7).VIOLATION OF OBAMA'S  PROTECTING
   TENANTS AT FORECLOSURE ACT OF 2009
8).FRAUD AND CONCEALMENT
9).WRONGFUL FORECLOSURE IN VIOLATION
   OF FLORIDA'S BILL 87
10).NO STANDING TO FORECIOSE IN VIOLATION
   OF 3.1 STANDING RULE
11). AGAINST CLERK FOR DESTROYING FILE
   FILE  IN VIOLATION OF FL. STATUE 119.11(4)
12).VIOLATION OF DUE PROCESS SERVICE
   AND DEPRIVATION OF RIGHTS AND
   PERJURY GENERALLY UNDER COLOR
   LAW BY VIOLATING OF FLA. LAW BY
   VIOLATING OF FLA. STAT. 82 & 83.
13).VIOLATION OF RICO: FLORIDA STATUE 895.
   (1)(2)(3)(4)(5)(6)(7)(8)(9)
14).VIOLATION OF DISBURSMENT OF SURPLUS
   FUNDS AFTER JUDICIAL SALE FL.STATUE 45.032

**Jury trial requested**

INDEX
PARTIES AND JURISDITION
JURY TRIAL REQUESTED
DEMAND CLAIM OF RELIEF
NEWLY DISCOVERED EVIDENCE
FACTS

**FIRST CAUSE OF ACTION**- FEDERAL VIOLATION OF SEC RULES AND THE GAAP: FASB FAS 140 RULE WITH NEW EVIDENCE

**SECOND CAUSE OF ACTION**-FEDERAL VIOLATION OF THE 1964 CIVIL RIGHTS ACT AND EQUAL PROTECTION CLAUSE OF THE 14TH AMENDMENT OF THE AMENDMENT OF THE U.S. CONSTITUTION IN AN EFFORT TO KEEP BLACK PEOPLE OUTOF A WHITE NIGHBORHOOD:

**THIRD CAUSE OF ACTION**- FEDERAL RESPA AND TILA VIOLATIONS: 15 U.S.C.A. §§ 1640 (a)(1)(2)(a)(i):
**FOURTH CAUSE OF ACTION**-FEDERAL VIOLATION OF BANKRUPTCY 11 U.S. Code § 362(a) (1)(2)(3)(4)(5)(6)(7(8);

**FIFTH CAUSE OF ACTION-**FEDERAL VIOLATION OF 7TH AND 8TH AMENDMENT AND DEPRIVATION OF RIGHTS AND PERJURY GENERALLY UNDER COLOR OF LAW BY VIOLATION OF FLORIDA LAW BY VIOLATING OF FLORIDA STATUE 82 & 83.

**SIXTH CAUSE OF ACTION-**FEDERAL VIOLATION OF OBAMAS PROTECTING TENANTS AT FORCLOSURE ACT OF 2009.
**SEVENTH CAUSE OF ACTION-** FEDERAL FRAUDULENT CONCEALMENT: Fla. STAT. 517.301


FEDERAL VIOLATION OF FDIC PURCHASE AND ASSUMPTION AGREEMENT PG. 17 ART. 3 SEC. 3.3.
**EIGHTH CAUSE OF ACTION-** WRONGFUL FORECLOSURE IS IN VIOLATION OF HOUSE RULE 87

**NINETH CAUSE OF ACTION-** FEDERAL NO STANDING TO FORECLOSE IN VIOLATION OF 3.1STANDING FEDERAL RULE

**TENTH CAUSE OF ACTION-** AGAINST CLERK FOR DESTROYING FILE AND NOTE WHILE CASE IS ON GOING TO COLLUDE WITH JPMORGAN AND JUDGE ARECES TO STEAL OUR HOUSE IS VIOLATION OF FLORIDA STATUE 119. 11(4)


**ELEVENTH CAUSE OF ACTION-** VIOLATION OF DUE PROCESS OF SERVICE:FLA. RULES OF CIVIL PROCEEDURE 1.070 (A)(b)(c)(d)(e)(f)(g)(h)(i)


**TWELTH  CAUSE OF ACTION:** VIOLATION OF RICO: FLA. STATUE 895. (1)(2)(3)(4)(5)(6)(7)(8)(9)

**THIRTEENTH CAUSE OF ACTION**: VIOLATION OF DISBURSMENT OF SURPLUS FUNDS AFTER JUDICIAL SALE FL. STATUE 45.032

**FOURTEENTH  CAUSE  OF  ACTION:** FEDERAL  VIOLATION  OF  FDIC  PURCHASE  AND ASSUMPTION AGREEMENT PG. 17 ART. 3 SEC. 3.3


PLAINTIFF DEMAND FOR A JURY TRIAL

VERIFIED MOTION TO VACATE JUDGMENT AND TO CANCEL SALE OF THE PROPERTY


Plaintiffs, states under GOD that the JUDGE  must be  just (2 Samuel 23:3) and asserts their rights under the Seventh Amendment to the United States Constitution and demands a trial by

jury on all issues of fact, in accordance with federal Rule of Civil Procedure 38 and declaratory judgment under 28 U.S.C. §2201. This is a request for jury trial under Rules 38 and 39. The Plaintiffs moves the court to enter a Temporary Restraining Order and stay against the Defendants and Injunctive relief for violation of a court order including violation of bankruptcyStay proceduresThis action includes violations of the Plaintiffs civil rights and discriminatory acts by the Defendants one and all. This is also violation of the 1964 civil Rights Act, an act to enforce the constitutional right to vote, to confer jurisdiction in Public accommodations to authorize the attorney general to institute suits to protect Constitutional rights in public facilities and public education to extend the commission on civil rights, to prevent discrimination in
+federally assisted programs to establish a commission on  Equal Employment Opportunity, and for other purposes.

VERIFIEDPETITION

INTRODUCTION; JURISDICTION AND VENUE


This is an action forDeclaratory Relief of Theft Of Propertyand other relief.
This court has jurisdiction under the Federal Declaratory Judgments Laws, and for deprivation of rights under the United States Constitution and the Florida Constitution.  Defendants maintain their main offices in the state and do business within this state. Plaintiff is a resident of Dade County, Florida and has resided in Dade County for a period in excess of 6 years.
Wherein plaintiffsmoves the court for Injunctive relief and Declaratory Judgment because of evidence of Fraud on the part of the defendants in a Court foreclosure action. 2007-12402CA-01. The defendants intend to transfer title and evict plaintiffs from their home now . The Plaintiffs moves the court for a Temporary Restraining (stay) Order in that the sale and eviction of Plaintiffs from property will cause irreparable injury and damage to Plaintiff. The complaint alleges violations of law by Fraudulent practices of Defendants, denying Plaintiffs a fair trial, based upon Fraudulent filing and testimony before the court in the original Foreclosure and illegal Constructive Eviction conspiracybetween the Defendants action.
All of the claims derive from a common nucleus of operative fact. All of the events alleged hereintranspired in Dade County, Florida.




**PARTIES AND JURISDITION**



**1)**. Plaintiff Alfred Davis is a resident of Miami Dade County and the prior tenant of  the single Family residence located at 3320 NE 165th st. Miami, Dade County, in the state of Florida the legal description is: Eastern Shores 1 Addn PB 65-39 lot 8 BLK 6 lot size Irregular or

4

20413 4142 05 2002 1 coc 25872-3682 08 2007 4 or 28094-4012- 0809-11 parcel Identification Number: 07-2210-001-0080

**2**). Defendant JPM  has operations in Miami Dade County Florida And other states Defendant JPM a New York  Corporation License to do Business in Florida, is in Aquire of certain assets and liabilities of WAMU from the Federal Deposit Insurance corporation ("FDIC) acting as receiver and chase claims to be the, Note Holder beneficiary or servicer for investment trust Of a loan Which is the Subject of this complaint.

**3**). Plaintiff Clyde Mcphatter is a resident of Dade county and prior owner Property at 3320 NE 165th street Miami Fl. 33160.

**3a).**Defendant North Miami Beach police Dept. is located at: 16901 N.E. 19th  Ave.

**3b).**Defendant North Miami Beach Building and Zoning Dept. is Located at 17050 NE 19th Ave.

**3c).**North Miami Beach Fl. 33162 and is a Governmental Organization.

**4)**. Plaintiff Maurice Symonette is a resident of Miami Dade County Florida and Also prior owner of said property at 3320 NE 165th st Miami, Fl. 33160.

**4A).**Plaintiff James Buckman is a resident of Miami Dade County Florida and  a prior tenant of said property at 3320 NE 165th st Miami, fl. 33160.

**5).** Jerimiah Parham is a Resident of Dade County and a Prior Tenant of said property  at 3320 NE 165th st. Miami Fla. 33160.

**5a).** Shapiro Fishman & Gach'e LLP, are Attorneys for JPMorgan Chase Bank and also Washington Mutual Bank FA, and Washington Mutual Bank and they have a office that Is located at 24424 North Federal HWY. Suite 360 Boca Raton Floridan33431

**JURY TRIAL DEMANDED**

**6**). Plantiff requests a jury trial on all issues

**DEMAND CLAIM OF RELIEF**

**AND NEWLY DISCOVERED EVIDENCE**

**7)**. Plaintiff's brings this action against JPMORGAN here now called JPM and Washington Mutual
Bank here now called WAMU, this is the newly discovered evidence that has been found
And they are saying the exact same things concerning the other cases that have been won
but the say we have no merit, such as ABREU V.JPMORGAN CHASE BANK N.A., ELMAN V.
U.S. BANK , ANGELINI v. HSBC BANK, BARNETTE BANK  v. U.S. BANK, MONOT v. U.S. BANK,
MCLEAN  v.  JPMORGAN,  ZIMMERMAN   v.  JPMORGAN,  ALFONSO  v.  JPMORGAN,  CRUZ  v.
JPMORGAN, SABIDO v. JPMORGAN BANK and BANK OF NEWYORK. And also

for S.E.C. Fraud, Violation of Bankruptcy Stay, Violation of GAAP Rules, for open Racism
and Wrongful Foreclosure by fraudulently selling Plaintiff's property at a Foreclosure sale
knowing that they don't have Standing and knowing that they sold the NOTE on the Stock
market and attempting to Wrongfully Evict Plaintiffs to deprive Plaintiff's of their Due
Process uand Home Without any lawful claim to the Property and stealing our property out
of the house several times and against the Clerk of the Court for assisting and colluding
with JPM's fraud by deliberately and illegally Destroying the File andthe so called original
NOTE that JPM Filed to hide JPM's fraud in Violation of Florida Statue 119.11(4)  and for
Clerk of the Courts Violation of Bankruptcy Stay and the newly discovered Knowledge has
now  been  posted  on  the  internet  by  investigator  William  (Bill)Paatalo  from  BP
investigative  agency  that  does  Forensic  "Securitization"  Auditing  Chain  of  title  proving
forsure that JPM can't possibly own WAMUAnalyses, legal support services, Bonded and
Insured nowShow proof of **Why JPMorgan Chase did not purchase Ownership of $615B
worth of WAMU (Washington Mutual ) Loans including our note in three simple steps**
See exhibit 11A.


**FACTS**


Then JPMORGAN hereinafter called (JPMs) Bank used SEC Fraud by selling NOTE on
the Market thereby getting paid off for the NOTE and then illegally foreclosing and
trying to Quickly Evict us to hide their SEC FRAUD using discrimination and racism

with the excuse of keeping Blacks out of a White neighborhood to illegally evict us because JPM Rep. Barry Gamel said  we are NIGGERS who will take the property value down.Three days before the racist incident, Barry Gamel a realtor who claimed he worked with JPM Chase Bank drove by 3320 N.E. 165th St. my house, and said to Maurice, Al, Clyde and James "you Niggers are an insult, NIGGERS bring down the property value, your making it hard for us to sell property here" Gamel also said "your bank has foreclosed on you and I'm going to get you NIGGERS out, because NIGGERS bring the property value down." Then on or about 01/27/11 Barry Gamel was out watching as representatives of theCity of Miami Zoning Department accompanied by 11 police officers with rifles and guns out, bullet proof vest on, rammed our front door at 3320 N.E. 165th St. N. Miami Beach FL. 33160 after police hit the door which Maurice opened and police pointed guns at Maurice saying get on the ground, went in the house and the yacht without a warrant, got the yacht workers out through the house and out of the house ordered them down on the ground handcuffed them checked some of our ID's without any probable cause, while Gamel laughed with zoning person Gill Rosenkauf and High Fiveing police while neighbors watched. I asked the police sergeant why, he said the bank has foreclosed on this house and he said we are not supposed to be in the house with owner Clyde McPhatter, Maurice Symonette said the house is in bankruptcy, **see exb. ( 11 )**never foreclosed, no Judge ordered eviction and only a Sheriff not a regular police can evict. Then the sergeant dsaid we'll talk to the Building Department person Gill Rosenkauf who we saw talking to Barry Gamel before police raided the house. Rosenkauf informed Plaintiffs that we had to vacate the premise because the house was a danger and uninhabitable since Plaintiffs did not receive city water. Plaintiffs home was using well water, like other homes in the community are already doing but no law has been brought up    Against people having well        water but they are charging us a $250.00 fine every day for not using City water **see exhibit #12.**


Rosenkauf ordered Plaintiffs to vacate the property without probable cause. After

asking for the City Hall rule in writing, Rosenkauf stated Chapter 8, Section 5 on the back of

his city planning business card. He then posted a red notice on the door to condemn  the

property**(see exhibit 13.),** The police searched the residence and ordered all the occupants

to leave the home. The Police then locked the doors. Plaintiffs were forced to leave their

Vehicles and walk on foot.The next day, Gamel was seen at the residence with anotheChaseBank

realtor. They were changing the locks on the doors. Another Chase Bank person was seen removing

property from the residence loading it on the Chase Bank Realtor's truck.Plaintiffs approached the

JPM Bank Rep. and inquired as to where they were going with Plaintiffs property. They said they

were instructed to remove the property by  JPM**Bank. They** showed documents that showed the

banks name. Maurice Symonette asked him for his card.  He said hold on a second and went to the

truck to get another card, because something was written on his card.  He jumped into the truck and

sped off. Defendants stole over $600,000.00 of equipment. The next day after the locks were

changed Florida Power and Light (FPL) was observed turning off the power at the Residence.Their

reason was that the North Miami Beach Zoning department ordered FPL To cut the power to the

because the house was a "grow house" for Marijuana, an illegally controlled substance. When

Plaintiffs went to the police department to complain about them calling our house a marijuana grow

house the police were embarrassed and said after we have been evicted out of our house for 3 days

that we were allowed to go back in because there was no eviction and no Judges order and they

were appalled because they (police) searched the whole house the day of the incident and saw no

marijuana, just beautiful furniture.  And so therefore we are not going to allow the Zoning

department to your house. And while protesting with the help of Tea Party, the police chief said we

should sue Miami Beach.  Now the Zoning department and police  chief no longer work with the City

of North Miami Beach.Plaintiffs did not grow marijuana at the premises and no evidence was

discovered to counter this allegation. The removal of electricity, which caused the generator in our

yacht to stop pumping out water from the boat. The 74 foot 4 story yacht sank and was a total loss.

The dock**was also damaged while police kept Plaintiffs away from the premises.  See YouTube**

**SymonettePalace bad3.**Defendants committed an illegal self-help eviction. The actions of the

Defendants caused great harm and stress. On or about July 23, 2010 Plaintiffs son Jerimiah Parham

who lived in the house was brought up on false charges for firing a firearm while defending his

home from intruders at 3320 N.E. 165st. Miami Fl. 33160 all in an effort to get us Black people out of this White neighborhood.Plaintiff and his son were arrested because of the incident. Was racially motivated and prejudicial in violation of fourteenth amendment that preserves therights of a defendant in state court. States the following: because they don't want Blacks in their white neighborhood. A Police Officer hit the door which Maurice opened and police pointed guns at Maurice saying get on the ground, went in the house and the yacht without a warrant, got the yacht workers out through the house and out of the house ordered them down on the ground handcuffed them checked some of our ID's without any probable cause, while Gamel laughed with zoning person Gill Rosenkauf and High-Fiving police while neighbors watched. I asked the police sergeant why, he said the bank has foreclosed on this house and he said we are not supposed to be in the house, I said the house is in bankruptcy, never foreclosed, no Judge ordered eviction and only a Sheriff not a regular police can evict. Then the sergeant said we'll talk to the Building Department person Gill Rosenkauf who we saw talking to Barry Gamel before police raided the house. Made us leave the house on foot. Then the next day we caught the JPM Reps. Changing the locks  then they sped away with all of our stuff in their JPM Truck JPM Bank  Was caught stealing $700.000.00 in property and recording equipment out of the house and changing locks to lock us out of our house with no court Order. We  want our property replaced or the money back tripled.  On or about July 25th 2012 detectives led by Detective Catlin searched our house  And Plaintiffs bedroom without a search warrant. While pretending to search Alfred Davis room to further harass us and to force us out of the white neighborhood on July 26th 2012 and they were obviously looking for money to take and detective said to Alfred Davis where is your money with witnesses see (**exhibit 14&15**) all in quest to steal and run black people out of the white neighborhood.Maurice Symonette was driving his Mercedes Benz, in North Miami near Biscayne Blvd. Police Officers  saw Maurice and recognized his face as he drove by them they then turned their Car around and made him pull over on a traffic stop, at the time of the stop the officer had no Objectively reasonable suspicion that Symonette was engaging in any criminal activity, after he Stopped the vehicle officer Marin ordered  Symonette out of the vehicle, in which he did,  officer Catlin searched the vehicle without Symonette's consent , officer Catlin entered the vehicle and Seized a fire arm that he had found in the glove compartment and he lied and said he found it on  The Passenger seat underneath some paperwork, and I have 5,

witnesses with affidavits that said They saw Detective Catlin take the gun from out of the glove compartment **see exb. #16,17,18,19,&20**. The Code and Zoning Department is trying to run us out of town because of the water situation the Zoning Dept. They say It is illegal to have well water in our area **see exhibit# ( 12 )** but there are people in this neighborhood that have well water and they also said that our gate was to high over 5 feet but lots of White and mostly East Indians gates are well over 5 feet high . They're Acted out Racism and Discrimination to kick us Blacks out of a White Neighborhood also as an Excuse To evict us illegally with the help of Racism and SEC Fraud, as a result of  Said extreme and outrageous conduct by defendants and each of them, Plaintiffs has suffered Severe emotional distress.JPM Bank was caught stealing $700.000.00 in property and recording equipment out of the house and changing locks to lock us out of our house with no court Order. We want our property replaced or the money back tripled. And also in 8/6/2015 plaintiffs were arriving home at their  address again, at the 3320 NE 165thnst. to find that there house had been broken into by people from the bank JPMorgan Chase Bank) they were still in the house, and the police was there with them also, they had changed the locks,on see **exhibit video 2b. gods2.com** of police and bank at house and said that they were from the Bank and were there to evict us, but we were still in Bankruptcy at the time and there  they had taken some of the our property out, some from each room, and put a cover over the pool we showed them the Bankruptcy and told them we were not evicted yet, and they had already loaded some of our stuff in a truck that they drove to the house in. One of the owners of the house told them the bank they had to leave because the house was still under bankruptcy and they would be in a lot of trouble if they tried to take the house without a writ or sheriff then they  left after being shown the bankruptcy and still had plaintiffs property on their truck full of our possessions and tools totaling in over $100,000.00 all this done with SEC FRAUD.

**FIRST CAUSE OF ACTION: VIOLATION OF SEC GAAP RULES**
**FASB FAS 140 RULE WITH NEW EVIDENCE**

According to the SEC Screen Shots in the corner of the this   page this NOTE  is now and still on the Market as a security/bond/stock as of Jan. 6. 2016 **exhibit#7pg.6.** According to the GAAP FASB FAS 140 Rule says that when a NOTE is sold on the Market as a Security the NOTE must be burned and Destroyed and can never be used as a foreclosure instrument because that is SEC Fraud because the IRS has Written the Destroyed loss off, then the insurance paid the loss off and then the Bank  sold the Note on the Market so the bank got the money owed to them by Kurt Marin three times plus all the the different times they sold the Note on the Market Illegally while the GAAP Rules say you cannot foreclose on aNote that's SOLD on the Market they foreclose anyway without being PUNISHED they are just openly taking property this is WAR against the WHITE PEOPLE and BLACK PEOPLE in AMERICA by CAINAAN and ISHMAEL. (RACISTS CHEROKEES) the BANKSTERS/INDIAN GIVERS against Mora and BIBLE LAW Proverbs 22:27-28 don't be a mean man who loans Money and when not paid back take the bed from under our back  (PROPERTY) AT THE SEVENTH YEAR JUBILEE YOU FORGIVE THE LOAN (TAX WRIGHTE OFF AS A LOSS) YOU CAN'T TAKE THEIR PROPERTY THE BANK GOT THERE PAY OFF and the Judges are allowing this Piratcy Nehemiah 5:1-8 oh Kings REPENT.

That's why the FDIC P&A (Purchase &AssumptionAgreement)page17 article 3 sec.3.3 says that for JPM  to own the NOTE (and give JPM standing to Foreclose) the FDIC must sign (endorse) the NOTE over to JPM. Before they CAN foreclose and JPM. Never got the Note signed over them from the FDIC so JPM. is just stealing our property and don't use we are deadbeat home owners as your righteous indignatious way to say you don't then you give your house to JPM. ILLEGALLY! And in righteousness it's wrong for JPM. to take the house because they borrowed and didn't pay. In the KJV. Bible Proverbs 22: 26-29 don't be a mean man and take the bed from under my back because I didn't pay. amazingly you can't foreclose on CHEROKEE Indians and your not supposed to foreclose on American Citizens whose properties are Homesteading  Plaintiffs state that they have been beset by continuous bankruptcies, frivolous and inappropriateMotion by appellants. JPMorgan and it's ATTORNIES Shapiro Fishman and Gach are the Lying thieves whocall good evil and evil good ISAIAH 5:20 because we are good guys helping people www.americangala.com and are not Dead Beat Homeowners

seeking to live for free because we were making our payments on time then suddenly they (WAMU)stopped taking our payments without us knowing filed foreclosure all without our knowledge we asked for the NOTE (to make the correct payments after finding out by accident while checking on another case that WAMU filed a Complaint against us for this property 3320 ne 165st MIAMI Fl. Even though we were actually paying on time but with no Notice to us on the Complaint. But when we contacted them by phone WAMU TOLD us we were right and it would be corrected, then suddenly they sent our payments back and JPM took over and all without notice to us and got a Judgement and sent our money back. Then JPMorgan sent the NMB police by and evicted, arrested and handcuffed us on the ground in front of the neighbors at that house and made us walk and leave our cars and then a day after illegal Eviction Police let us back to the house after they found out that JPMorgan lied and we saw who identified themselves as JPM Reps. Changing our locks and they had stole almost everything out of our house wow! And they call us wrong GOD help us we have actually no rights see **exhibits #11**. All this done 01/27/11 **exhibit #13** without the foreclosure sale happening yet or a COURT ORDER and while we were in BANKRUPTCY 11/19/10 through 08/08/11. See **exhibit #11**. JPM does not have standing in any part of this property to make any claims or demands for any payments of any sort, because I now have absolute Proof that JPM committed fraud on the court, as now proof from CertifiedSecuritization Auditor that is qualified and experienced to providethe necessaryProfessional service that is trained to navigate and perform searches on the Bloomberg terminal in regards to the  automatic tracking  and determination of mortgage and loan related documents and information as seen **on exhibit 7#**. An affidavit from Expert Witness Eliyshuwa ShaphatYisrael a certified SEC/CFLA AUDITOR  explaining and proving with the Prospectus Screen Shots on Stock Market the transactions that tookPlace on said propery at 3320 NE 165th street Mia. Fl. 33165 of all the screen shots that took place with the securities transactions during the time the property Was sold to owner Kurt Marin  up until the present time **see exhibit 7, pgs. 2-5,** and aLicensed BloombergMortgage securitization Auditor(SEC) of the CFLA.**see exb.#7, pg.1.**This shows that Washington Mutual Bank Aa/k/a Federal Savings **exhibit7,pg.2** Bank sold  note right after the closing of  the property 07/14/06 to WAMU Capital Corp. who on pg. one of the Screen Shot Sold NOTE on Market as a Security 09/26/06 with US BANK National Association as Trustee**Exhibit# 7pg.6** This proves that Washington Mutual Bank FA sold the Note as a Security 09/26/06 &after selling the NOTE one year later April 25. 2007

without noticing us filed a notice of lis **Pendens exhibit A3**. Then WAMU was taken over by the FDIC Sept 25 2008 and all WAMU assets to JPM**exhibit 4**. But this did not include our NOTE because our NOTE was already sold as a security on the Market **exhibit7pg.6** and according to the SEC Screen Shots in the corner of the this   page this NOTE  is now and still on the Market as a security/bond/stock as of Jan. 6. 2016 **exhibit#7pg.6.**A ccording to the GAAP FASB FAS 140 Rule says that when a NOTE is sold on the Market as a Security the NOTE must be burned and Destroyed and can never be used as a foreclosure instrument because that is SEC Fraud because the IRS has written the Destroyed loss off, then the insurance paid the loss off and then sold it on the Market.That's why the FDIC P&A (Purchase &AssumptionAgreement)page 17 article 3 sec.3.3 says that for JPM  to own the NOTE (and give JPM standing to Foreclose) the FDIC must sign (endorse) the NOTE over to JPM.

 **A1**.   On page 17 of the Purchase & Assumption Agreement between the FDIC and JPM article 3

ection 3.3 says JPM cannot own the NOTE from the FDIC that came from Washington Mutual Bank, the FDIC must Possess the NOTE and sign the NOTE over to JPM before which JPM   cannot own, sale or foreclose on the NOTE.  And our NOTE was never possessed by the FDIC and the FDIC never signed the NOTE over to JPM so therefore JPM  does not own our NOTE and is not the Servicer, why?

 A.   Because **Washington Mutual Bank FA** which is *Federal Savings Bank*  to whom Plaintiffs signed the NOTE with **see exhibit 5& 6**, got Paid off when they sold the NOTE to**Washington Mutual Bank** a different entity which is almost the same name but without the letters *FA* at the end of their name **see exhibit (6)** This is also in violation of due process of the   law  of the 5th and 14th Amendment of the United States Constitution because the TILA Violation of Mortgage Servicing Rules 12-CFR-1026.39 says that the Bank must tell Owner when they Transfer the NOTE but to Committ Fraud they hid the transfer to hide the fact that they were putting the NOTE on the Market that's why  Washington Mutual Bank is the FORECLOSER on, us not Washington Mutual Bank FA. But even in the NOTE itself it says that they must tell the owner when the NOTE is transferred to another entity.

 B.   Then Washington Mutual Bank sold the NOTE on the Market through WAMU Capital Corp. put the NOTE under the Cusip # 93363NAA3 see top of page 7 of the screen shot

**exhibit #7, Page 7)**lines 3&8 in a pool of 404 other NOTEs called WaMu Mortgage Pass- Through Certificates Series 2006-AR12 Trust sold for $1,694,778,749 divided by 404 NOTES in that pool = $4.194 million made that paid off our 1.9 million dollar NOTE on the Stock Market and with Washington Mutual Bank as Servicer and US Bank NA as Trustee **(NO WHERE IS  JPM  SHOWN AS OWNER OR SERVICER ON SCREEN SHOTS MARKET SELL WHICH IS  STILL TRADING FROM SEPT. 2006 UNTIL JAN. 2016 ). See page 6 at bottom of SCREEN SHOT exhibit 7.**  So JPM is committing S.E.C. Fraud. Why?

C.    GAAP FSAB FSB Rule 140 says that once the NOTE is Traded on Market the NOTE must be Burned & Destroyed because the NOTE is paid off and cannot exist at the same time as the **NOTE** and never be used as foreclosure instrument again because that's Double Dipping and defrauding the investors who are made to believe that the NOTEs that is now a Bond are performing and is SEC Fraud for them to be investing in NOTES that are in Default with no hope unknowingly by investors for a return.

D.    **JPMorgan v. Sharone D. Waisome** The JPM and WAMU  Scheduler of NOTEs Expert Witness LARENCE NARDIS said in his Deposition there is absolutely no Ownership of Property NOTEs from Washington Mutual Bank through the FDIC to JPM,  so therefore JPM   has no Standing to foreclose on Washington Mutual Bank NOTEs.See in the deposition of former employee of WAMU System Analyist  Lawrence Nardi, taken on May 9, 2012, **Exhibit 9,**  Lawrence Nardi  testified in court  as seen in Deposition on page 261 From this case that there was no assignments of mortgage, and there was no allonges, and in the thousands of Loans that were a part of the purchase he had never seen an assignment of mortgage and that no assignments exist or allonges or anything transferring ownership from WAMU to JPM  from the FDIC.  In fact in the whole P&A Agreement between the FDIC and JPM from Washington Mutual Bank there are no mortgage loans promisary notes at all. There are only auto notes college loans and credit cards Therefore JPM cannot own any notes and therefore JPM has no standing to foreclose on the promissory notes.

E.    **ERIC MAINS V. JPMORGAN and WASHINGTON MUTUAL ET AL. This FDIC**
Expert Witness and former Employee of the FDIC, responsible for closing WAMU and acting as the failed WAMU's Receiver. see page 6 pargraph 26 of ERIC MAINS  v. JPM, 15-CV-

00036SEB-WGH, Complaint, Eric Mains was in charge of Robert C. Schoppe of the FDIC who signed the Operation of Law Document that JPM uses in Court to falsely prove Ownership of NOTEs like in Our Case see **exhibit (4).** ERIC MAINS says that JPM doesn't OWN the Washington Mutual Bank NOTEs.

F.  Can't own NOTE through Operation of Law see JAVAHERI V. JPM and KIM v. JPM , Judge O.H. EATON in Florida Brevard County) say JPM admits that they can't own the Note by operation of law. **exhibit# 8.** (a case that JPMorgan is hiding). and the Florida 4thDCA GAINUS WRIGHT 111 V. JPM, JPM vs. Gary S. Snyder, and Jane Snyder, Fiorito v. JPM Chase Bank National Association 4th DCA says you can't own the Note by operation of law!! You must get the note signed over to you to the FDIC and you must file the note with the clerk of the court to have standing to foreclosure.

G.  The sale of Washington Mutual Bank Assets from the FDIC to JPM was never finished while JPM was foreclosing on us in Sept. 25. 2008 without owning the NOTE because JPM asked for more time to close the sale up until August 30. 2010 see **exhibit (10)** and until this day (2016) sale has not closed. So that even if WAMU would not have sold the NOTE on the Stock Market they were and are foreclosing without STANDING.

H.  Mclean v. JPM Florida says you can't foreclose on a NOTE before you own it so JPM has no standing to Foreclose.

I.  **HOUSE BILL 87** Florida's Governor Rick Scott, Sighed a new foreclosure bill into

Law on 6/07/2013 called " House Bill 87" Requires lender to produce the note with lts

complaint, and limits deficiency Judgments. Starting July 1, 2013 (the plaintiff the

owner of the loan) must prove its right to foreclose by filing additional items along with

the foreclosure Complaint including:

1. A certification that the plaintiff is in possession of the original promissory Note.

2. if the Note has been lost, a lost note affidavit with a clear chain of ofendorsments, transfers or assignments of the promissory Note.and the NOTE cannot exist at the sametime as the Security which Is now turned into a **BOND exhibit#7pg.16-18.**

because that is SEC Security Fraud because they're defrauding into believing that that BOND (NOTE) is performing when it's actually Defaulted and they are double dipping getting money foreclosing on Property and Stock Market money from investors this is ILLEGAL CRAZY!

**AFFIDAVIT OF EXPERT WITNESS  AND PRIVATE INVESTIGATOR  WILLIAM**

A.  J. PAATALO,  A. PROFESSIONAL LICENSED FORENSIC INVESTIGATOR  WITH PROOF THAT JPMORGAN DOES NOT OWN THE LOAN TO THIS PROPERTY

See **exhibit (8B)  pages 1-18  AFFIDAVIT**

Exhibit # 1  William Paatalo's  Resume, has conducted over 900 investigations
Exhibit # 2  JPMorgan Chase press release
Exhibit # 3  Deposition Transcript
Exhibit # 4  Crystal Davis Deposition
Exhibit # 5 3270 Explorer: Transfer History" screen shot
Exhibit # 6  chase "investor" disclosure letters
Exhibit # 7  unrelated"Assignment of Mortgage"
Exhibit # 8  Affiliated Business Disclosure
Exhibit # 9  Washington Mutual Bank, F.A.

**SECOND CAUSE OF ACTION-FEDERALVIOLATION OF THE 1964 CIVIL RIGHTS ACT AND EQUAL PROTECTION CLAUSE OF THE 14TH AMENDMENT OF  THE  U.S. CONSTITUTION INAN EFFORT TO STOP BLACK PEOPLE FROM LIVING IN A**

**WHITE NEIGHBORHOOD**

Al, Clyde and James "you Niggers are an insult, NIGGERS bring down the property value, your making it hard for us to sell property here" Gamel also said "your bank has foreclosed on you and I'm going to get you NIGGERS out, because NIGGERS bring the property value down." Then on or about 01/27/11 Barry Gamel was out watching as representatives of theCity of Miami Zoning Department accompanied by 11 police officers with rifles and guns out, bullet proof vest on, rammed our front door at 3320 N.E. 165th St. N. Miami

Beach FL. 33160 after police hit the door which Maurice opened and police pointed guns at Maurice saying get on the ground, went in the house and the yacht without a warrant, got the yacht workers out through the house and out of the house ordered them down on the ground handcuffed them checked some of our ID's without any probable cause, while Gamel laughed with zoning person Gill Rosenkauf and High Fiveing police while neighbors watched. I asked the police sergeant why, he said the bank has foreclosed on this house and he said we are not supposed to be in the house with owner Clyde McPhatter, Maurice Symonette said the house is in bankruptcy, **see exb. ( 11 )** never foreclosed, no Judge ordered eviction and only a Sheriff not a regular police can evict. Then the sergeant said we'll talk to the Building Department person Gill Rosenkauf who we saw talking to Barry Gamel before police raided the house. Rosenkauf informed Plaintiffs that we had to vacate the premise because the house was a danger and uninhabitable since Plaintiffs did not receive city water. Plaintiffs home was using well water, like other homes in the community are already doing but no law has been brought up    Against people having well water but they are charging us a $250.00 fine every day for not using City water **see exhibit # ( 12 ).** Rosenkauf ordered Plaintiffs to vacate the property without probable cause. After asking for the City Hall rule in writing, Rosenkauf stated Chapter 8, Section 5 on the back of his city planning business card. He then posted a red notice on the door to condemn   the property**(see exhibit 13.),** The police searched the residence and ordered all the occupants to leave the home. The Police then locked the doors. Plaintiffs were forced to leave their Vehicles and walk on foot. The next day, Gamel was seen at the residence with another Chase Bank realtor. They were changing the locks on the doors. Another Chase Bank person was seen removing property from the residence loading it on the Chase Bank

Realtor's truck. Plaintiffs approached the JPM Bank Rep. and inquired as to where they were going with Plaintiffs property. They said they were instructed to remove the property by  JPMBank. They showed documents that showed the banks name. Maurice Symonette asked him for his card.  He said hold on a second and went to the truck to get another card, because something was written on his card.  He jumped into the truck and sped off.

Defendants stole over $600,000.00 of equipment. The next day after the locks were changed Florida Power and Light (FPL) was observed turning off the power at the Residence. Their reason was that the North Miami Beach Zoning department ordered FPL To cut the power to the because the house was a "grow house" for Marijuana, an illegally controlled substance. When Plaintiffs went to the police department to complain about them calling our house a marijuana grow house the police were embarrassed and said after we have been evicted out of our house for 3 days that we were allowed to go back in because there was no eviction and no Judges order and they were appalled because they (police) searched the whole house the day of the incident and saw no marijuana, just beautiful furniture.  And so therefore we are not going to allow the Zoning department to your house. And while protesting with the help of Tea Party, the police chief said we should sue Miami Beach.  Now the Zoning department and police  chief no longer work with the City of North Miami Beach. Plaintiffs did not grow marijuana at the premises and no evidence was discovered to counter this allegation. The removal of electricity, which caused the generator in our yacht to stop pumping out water from the boat. The 74 foot 4 story yacht sank and was a total loss. The dock was also damaged while police kept Plaintiffs away from the premises.  See YouTube SymonettePalace bad3. Defendants committed an illegal self-help eviction. The actions of the Defendants caused great harm and stress. On or about July 23, 2010 Plaintiffs son Jerimiah Parham who lived in the house  was brought up on false charges for firing a firearm while defending his home from intruders at 3320 N.E. 165st. Miami Fl. 33160 all in an effort to get us Black people out of this White neighborhood. Plaintiff and his son were arrested because of the incident. Was racially motivated and prejudicial in violation of fourteenth amendment that preserves the rights of a defendant in state court. States the following: because they don't want Blacks in  their white neighborhood. A Police Officer hit the door

which Maurice opened and police pointed guns at Maurice saying get on the ground, went in the house and the yacht without a warrant, got the yacht workers out through the house and out of the house ordered them down on the ground handcuffed them checked some of our ID's without any probable cause, while Gamel laughed with zoning person Gill Rosenkauf and High-Fiving police while neighbors watched. I asked the police sergeant why, he said the bank has foreclosed on this house and he said we are not supposed to be in the house, I said the house is in bankruptcy, never foreclosed, no Judge ordered eviction and only a Sheriff not a regular police can evict. Then the sergeant said we'll talk to the Building Department person Gill Rosenkauf who we saw talking to Barry Gamel before police raided the house. Made us leave the house on foot. Then the next day we caught the JPM Reps. Changing the locks  then they sped away with all of our stuff in their JPM Truck JPM Bank  Was caught stealing $700.000.00 in property and recording equipment out of the house and changing locks to lock us out of our house with no court Order. We  want our property replaced or the money back tripled.  On or about July 25th 2012 detectives led by Detective Catlin searched our house And Plaintiffs bedroom without a search warrant. While pretending to search Alfred Davis room to further harass us and to force us out of the white neighborhood on July 26th 2012 and they were obviously looking for money to take and detective said to Alfred Davis where is your money with witnesses see (**exhibit 14  &15)** all in quest to steal and run black people out of the white neighborhood. Maurice Symonette was driving his Mercedes Benze, in North Miami near Biscayne Blvd. Police Officers  saw Maurice and recognized his face as he drove by them they then turned their Car around and made him pull over on a traffic stop, at the time of the stop the officer had no Objectively reasonable suspicion that Symonette was engaging in any criminal activity, after he Stopped the vehicle officer Marin ordered  Symonette out of the vehicle, in which he did,  officer Catlin searched the vehicle without Symonette's consent , officer Catlin entered the vehicle and Seized a fire arm that he had found in the glove compartment and he lied and said he found it on The Passenger seat underneath some paperwork, and I have 5, witnesses with affidavits that said They saw Detective Catlin take the gun from out of the glove compartment **see exb. #16,17,18,19,&20.**  The Code and Zoning Department is trying to run us out of town because of the water situation the Zoning Dept.

They say It is illegal to have well water in our area **see exhibit# ( 12 )**   but there are people in this neighborhood that have well water and they also said that our gate was to high over 5 feet but lots of White and mostly East Indians gates are well over 5 feet high exhibit . They're Acted out Racism and Discrimination to kick us Blacks out of a White Neighborhood also as an Excuse To evict us illegally with the help of Racism and SEC Fraud, as a result of  Said extreme and outrageous conduct by defendants and each of them, Plaintiffs has suffered Severe emotional distress. JPM Bank was caught stealing $700.000.00 in property and recording equipment out of the house and changing locks to lock us out of our house with no court Order. We want our property replaced or the money back tripled. And also in 8/6/2015 plaintiffs were arriving home at their  address again, at the 3320 NE 165thnst.  to find that there house had been broken into by people from the bank JPMorgan Chase Bank) they were still in the house, and the police was there with them also, they had changed the locks, on see **exhibit video 2b. gods2.com** of police and bank at house and said that they were from the Bank and were there to evict us, but we were still in Bankruptcy at the time and there  they had taken some of the our property out, some from each room, and put a cover over the pool we showed them the Bankruptcy and told them we were not evicted yet, and they had already loaded some of our stuff in a truck that they drove to the house in. One of the owners of the house told them the bank they had to leave because the house was still under bankruptcy and they would be in a lot of trouble if they tried to take the house without a writ or sheirff then they left after being shown the bankruptcy and still had plaintiffs property on their truck full of our possessions and tools totaling in over $100,000.00 all this done with SEC FRAUD.

## THIRD  CAUSE OF ACTION: FEDERAL RESPA  AND TILLA VIOLATIONS 15U.S.C.A. §§ 1640(A)(1)(2)(A)(1)

**Defendants asked WAMU and JPM. For the Qualified Written Request of proof info.**

**Concerning the Dept according to RESPSA TILA Rules and neither Bank ever answered in**

**violation of RESPA TILA Federal Provisions exb. 36 page 4 of 7 paragraph 2-4 and Exh.**

**37. Statutory damages are and we ask for one million and damages of five million.**

**JPM NEVER ANSWERS ACCUSE US OF DELAYING CASE WHEN JPM. WAS THE  DELAYER**

JPM is saying our motions,lawsuits and bankruptcys was the reason this case is old an

were making the Case be prolonged because our filings were done to prolong the Case

andwrong when they are the ones who are openly stealing White and Black people's

property wideopen knowing that the Courts will help them. They also know that our

filings were'nt answered including as our QWR that were never answered , yet were

correct to stop their open thievery but they fail to mention the fact if you go through

the Docket none of our motions were ever answered or slowed the case down and only

one Bankruptcy stopped the progress of the case and the fact is that theydelayed the case

themselves several times when they failed To appear at a hearing that they themselves

requested a hearing on **08/07/12 seeexb.# 21&22.**Weshowed up for the hearing, but JPM did

not show though we talked to them there and askedfor proof they owned or had possession of
the NOTE. We filed motion for default through the Court see exihibit#2. but the Court did

not Default JPMorgan as the Court would have Defaulted Defandants if we would not

have shown up nothing was ever done. JPM also filed for second Hearing and when

we showed up again they saw us again and would not come in to the because we asked

for the NOTE again. Then we did a Motion to Dismissfor failure to Prosecute but Judge

refused to answer again but now on third time ahearing was called and without

proving NOTE ownership for a sale DATE from differentJudge. So therefore

JPM accuse us Delaying case when they are the Deliberate <u>DELAYS</u> and they

accuse us of wrong doings and yet they have been found guilty of fraudon the Courts

see Pocopanni v. JPM. Dirty hands.

**B.**  Plaintiffs raises two primary points to establish that Washington  Mutual Bank  did not

have standing to file their Complaint  see Federal Practice Manuel 3.1 Standing

Rule says Standing can be challenged at anytime during the case including on

APPEAL and so as of  April 26, 07.  because Washington  Mutual Bank FA aka

Federal Savings Bank  **see exhibit #6.** sold the NOTE to Washington  Mutual Bank

which is totally different from Washington  Mutual Bank FA illegally because Note was

sold without Owner's or Title Companie's  knowledge who then sold the Note through

WaMu Asset Acceptance Corp as Depositor  see**exhibit #7.** Page 12.who then

sold the NOTE on the Stock Market in a pool of 404 other NOTES**see exb.#7,pg.7,**

called WaMuMortgage Pass-Through Certificates, Series 2006-AR12 **see exhibit #7.Page**

**12** of the Prospectus from the SEC – CFLA  Auditor,**see  exhibit #5.** As of April 26, 2007
/…………………..,.
Washington Mutual Bank not Washington  Mutual Bank FA to whom Defendant

Dr. Kurt Marin signed the NOTES  filed its  Washington  Mutual

Bank Complaint  see Lis Pendens  **exhibit #25& A3**. This complaint which seeks

two types of  Relief: Mortgage Foreclosure and re-establishment of a lost NOTE

see their Complaint **exhibit #25 page (4) line 18**.


## FOURTH CAUSE OF ACTION: FEDERAL VIOLATION OF BANKRUPTCY 11U.S. CODE §362(A)(1)(2)(3)(4)(5)(6)(7)(80


on or about 01/27/11 Barry Gamel was out watching as representatives of

the City of Miami Zoning Department accompanied by 11 police officers with rifles and

guns out, bullet proof vest on, rammed our front door at 3320 N.E. 165th St. N. Miami

Beach FL. 33160 after police hit the door A Police Officer hit the door which Maurice

opened and police pointed guns at Maurice saying get on the ground, went in the house

and the yacht without a warrant, got the yacht workers out through the house and out of

the house ordered them down on the ground handcuffed them checked some of our ID's

without any probable cause, while Gamel laughed with zoning person Gill Rosenkauf and

High-Fiving police while neighbors watched. I asked the police sergeant why, he said the

bank has foreclosed on this house and he said we are not supposed to be in the house, I

said the house is in bankruptcy, never foreclosed, no Judge ordered eviction and only a

Sheriff not a regular police can't evict. Then the sergeant said well talk to the Building

Department person Gill Rosenkauf who we saw talking to Barry Gamel before police raided

the house Made us leave the house on foot. Then the next day we caught the JPM Reps.

Changing the locks then they sped away with all of our stuff in their JPM Truck JPM Bank

Was caught stealing $700.000.00 in property and recording equipment out of the house

and changing locks to lock us out of our house with no court Order. We want our property

replaced or the money back tripled.

On 7/29/2016 an officer from Sheriff department came to the home of

Defendants with a writ of possession the officer was shown bankruptcy in

KURT MARIN and BUCKMAN JAMES T and Maurice Symonette's name and the officer

was shown a copy of the bankruptcy and called in and Cancelled the Eviction and told

us that we had to go to the Judge to get a Stay Relief and another 24 hour notice from

the Circuit Judge then they left Then a different officer came back the next day later

with the same cancelled writ of possession and forced defendants out of the house

23

without a new writ of Possesion or a 24 hour notice for defendants to get out of their

home and while we were still in Bankruptcy at 3320 ne 165th st. Miami fl. 33160. They

broke up our property and threw our property out the house and then let us back in

the houseafter gettiing a phone call from their Headquarters. Our property got rained

on bad we took some of the Property back in the house the police came by days later

and said James BUCKMAN had to leave and that Maurice Symonette was not Evicted

and I said he's my guest the officers said ok this is a Civil Matter and they left see

exhibit video on gods2.com

On  7/1/15 while in court  home owner of  the said property Clyde Mcphatter was in

theObjection to sale hearing  being  heard by Judge Barbara Areces, Clyde Mcphatter

Was in Bankruptcy at the time and Judge Areces ran over Clyde Mcphatters

Bankruptcy even though he had been allowed to file bankruptcy before at another time

for the same house by Judge Hubbard **see exhibit 32A**  Judge Areces violated the

automatic stay, , but bankruptcy Stay stops all action on Property, stay must be

relieved by Federal bankruptcy Judge first before the state court could make their

decision ,**see exhibit #32 . Page 13 lines 10-24**transcript and see Bankruptcy stay

law 11 USC 362(a) (3). And the court violated property owner ClydeMcphatter's  right

to use his bankruptcy to stop the transfer  of  the Title to his house even though it has

been shown in the docket on **exhibit  #29** on dates 07/12/13 thru 07/16/13

McPhatter had  been granted the right to intervene by Judge Hubbard on occasions for

the same property **see exhibit  #29.**Attorney's for Appellee's had never filed an

Appeal to those Decisions by JudgeHubbard so therefore Clyde McPhatters Bankruptcy

was right . And Judge  Areces erred when she ran over the Bankruptcy and must be

overturned because Judge Areces has no right to run over Bankruptcy wherein we

tried to object to Claim and amount owed and now the Judge hasrecused herself to

avoid the appearance of impropriety  **exhibit #33**. Judge Areces did not acknowledge

That Jpmorgan never got the Note from WAMU by operation of Law **see appeal case**

**Onttoniel Cruz v. JPMorgan Chase Bank, and** the court was supposed to eject us

And show clear chain of title not give us an eviction see 66.021(4)(5). And if the

verdct is in favor of the defendant and the balance of the assessment is also in

In defendants favor, a judgement of cost shall be entered against the plaintiff Fla stat.-

66.081  and the plaintiff must pay the balance in cash or may give defendant a bond

with surety to be approved by the clerk Fla. Stat. 66.091


**FIFTH CAUSE OF ACTION: <u>FEDERAL</u>VIOLATION OF 7TH& 8TH AMENDMENT AND DEPRIVATION OF RIGHTS AND PERJURY GENERALLY.UNDER COLOR OF LAW BY VIOLATING OF FLORIDA STATUTE  82 & 83.**

Plaintiffs did not consent to any unconstitutional Judicial foreclose, because according

to the 14th Amendment of US Constitution, "No person shall be deprived of life, liberty,

and property without due process of Law;" therefore, we demand a jury traial to

protect our due process rights and right to a fair trial, in order to settle this issue,

because the amount in question exceeds $20.00 US dollars. According to the 7th

Amendment of the US Constitution, if the amount exceeds $20.00 dollars the right to a

jury trial is preserved.Due to the unconstitutional nature of the said Judicial

foreclosure Notice, this Cease and Desist and Lawsuite is filed in good faith, because I

do not understand why the City of North Miami Beach Police, Zonning Dept. and Dade

County Sheriff's Office has willfully and maliciously violated the Plaintiff's due process and equal protection rights, and The Plaintiff's right to a fair trial, in order to illegally take, evict and sale the plaintiff's property without giving the Plaintiff their day in court first to prove The Plaintiff's case. This Sheriff's Office's motive for willfully and maliciously violating The Plaintiff's constitutional rights is for personal gain and an easy out of court victory. The said Sheriff's Office's actions where indeed willful and malicious, because this Sheriff's Office has officers who are officers of the state and are presumed to know the law; therefore, this Sheriff's Office either knew or should have known never to try to deprive a person of life, liberty, and property without due process of law; especially, in light of the fact that this Sheriff's Office has officers who took a sworn oath to uphold and defend the US and Florida Constitution before they can begin professional law enforcement.According to Article VI, Clause 2 of the US Constitution, Known as the Supremacy Clause, establishes, "The U.S. Constitution and treaties as the supreme law of the land; and the judges in every state shall be bound thereby."This Sheriff's Office has acted willfully and maliciously with total disregard towards The Plaintiff's federally secured guaranteed constitutional rights, because the said Sheriff's Office either knew or should have known that the United States Constitution is the Supreme Law of the land, in which all public officials are bound by it, because all public officials took Oaths of Office to uphold and defend the Florida and US Constitution.The said Judicial foreclosure and eviction initiated by this Sheriff's Office is undeniable evidence that the officers of this Sheriff's Office have breached their contracts with the State of Florida because they have perjured their oaths to uphold and defend the state and US Constitution, because this Sheriff's Office is indeed

warring against the US Constitution, by evicting, taking and saling our property without poviding eual protection of the law, dueprocess of law, and The Plaintiff's right to a fair trial. According to Cohens vs. Virginia, 19 U.S.C, Section 2381. Title 5 U.S.C, Section 7311( Loyalty and Striking), which explicitly makes it a federal criminal offense (and a violation of oath of office) for anyone employed in th United States Government (including members of congress) to advocate the overthrow of our constitutional form of government. Title 18 U.S.C,Section 1918(Disloyalty and Asserting the right to Strike against the Government), provides penalties for violation of oath of office described in itle 5 U.S.C, Section 7311, which include: (1) removal from office; an (2) confinement or a fine. The Alien Registration Act of 1940 (Smeith Act, 76th United States Congress, 3d session, ch.439,54 stat. 670, 18 U.S.C, Section 2385 (Advocating the Overthrow of The U.S. government. This Sherrif's Office's said Judicial Foreclosure under power of sale is uncostitutional, because if effectively denies our client, "Access to the Courts, " This Sheriff's Office is attempting to deny the Plaintiff access to the courts by taking The Plaintiff's property away without due process of the law, which is motly the judicial process, Due to the amount of money The plaintiff's property is worth, this issue needs to be presented before officers of law, in order to ensure Access ot the Courts jso that Plaintiff's constitutional rights are protected; and to ensure that The plaintiff's life, liberty and property is not being taken without due process and equal protection of the law."The right to sue and defend in the courts is one of the highest and most essential privleges of citizenship and must be allowed by each State to the citizens of all other States to the same extent that it is allowed to its own citizens."(See Chambers v. Baltimore & O.R.R., 207 U.S. 142, 148 (1907); Mcknettv.

St. Louis & S.F. Ry., 292 U.S. 230 , 233 (1934). "The constitutional requirement is satisfied if the nonresident is given access to the courts of the State upon terms which, in themselves, are reasonable and adequate for the enforcing of any rights he may have, even though they may not be technically the same as those accorded to resident citizens. " (See Canadian Northern Ry. V. Eggen, 252 U.S. 553 (1920. "The right of access to the courts is basic to our system of government and it is well established today that it is one of the fundamental rights protected by the Constitution. "(See Ryland v. Shapiro, 708 F.2d 967, 971 (5th Cir. 1983).This Sheriff's Office with its unconstitutional Final Notice of Eviction and Alias Writ of Possession did indeed advocate the overthrow of our constitutionalForm of Government, in violation of the Smith Act; thereby, violating their oaths of  office, because Access ot the Courts is Common Law that is protected by the Florida and US Constitution.

The members of this Sheriff's Office, having taken an oath to support and defend the Florida and the United States Constitution, did wilfully and knowingly violate said oaths by filing a unconstitutional Judicial Final Notice of Eviction, Writ of Possession and did evict some of us on the 24 hour notice to evict on 08/18/16 and then cancelled the eviction and the 24 hour notice to evict which meant by their rules and Florida Statute 82 & 83 they would have to give us another 24 hour notice to evict but they didn't , thehe Sheriffs and North Miami Beach Police came the next day 08/19/16  in violation of the Bankruptcy Stay and Fla. Statute 82 & 83 requiring a 24 hour notice to evict sme of us and put some of our proprty out in the rain but then later told Maurice Symonette he wasn't being evicted just James Buckman is being EVICTED some days later NMB Police came by saying some one called them to see about the house. The

Officer said he's not asking me to leave because of our Bankruptcy and this is a Civil Matter. The next day while Maurice was gone JPMorgan stole all my property out of the property. And before that on or about 01/27/11 Washington Mutual Rep. Barry Gamel was with the representatives of the City of Miami Zoning Department accompanied by 11 police officers with rifles and guns out, bullet proof vest on, rammed our front door at 3320 N.E. 165th St. N. Miami Beach FL. 33160 after police hit the doorA Police Officer hit the door which Maurice opened and police pointed guns at Maurice saying get on the ground, went in the house and the yacht without a warrant, got the yacht workers out through the house and out of the house ordered them down on the ground handcuffed them checked some of our ID's without any probable cause, while Gamel laughed with zoning person Gill Rosenkauf and High-Fiving police while neighbors watched. I asked the police sergeant why, he said the bank has foreclosed on this house and he said we are not supposed to be in the house, I said the house is in bankruptcy, never foreclosed, no Judge ordered eviction and only a Sheriff not a regular police can't evict. Then the sergeant said well talk to the Building Department person Gill Rosenkauf who we saw talking to Barry Gamel before police raided the house Made us leave the house on foot. Then the next day we caught the JPM Reps. Changing the locks then they sped away with all of our stuff in their JPM Truck JPM Bank was caught stealing $700.000.00 in property and recording equipment out of the house and changing locks to lock us out of our house with no court Order. We want our property replaced or the money back tripled.see exhibit video on gods2.com Because this is **totally contrary to well-established Common Law,**

**Access to the violation of Title 18 U.S.C, Section 241 – Conspiracy Against Rights, and Title 18 U.S.C, Section 242 – Deprivations of Rights under color of state law;**

**and perjury Generally.**

**Other criminal and civil causes of action if this Sheriff's Office has persisted and has not ceased and desisted with their unconstitutional Judicial Foreclosure: running an artificial sham, breach of trust, extortion, embezzlement, law enforcement malpractice, official oppression, RICO, Conspiracy to commit RICO, suppression of evidence, obstruction of justice, violations of the honest service clause, misprision of treason, piracey upon the high seas, advocating the overthrow of our constitutional form of government, and Insurrection and Rebellion!**

**SIXTH CAUSE OF ACTION: FEDERAL VIOLATION OF FEDERAL OBAMAS PROTECTING TENANTS AT FORECLOSURE ACT OF 2009**

Tenant James Buckman's rights were violated when he attended State Court  in

October of 2015, when he asked Judge  Barbara Aresces could he finish out the

The Lease agreement in accordance with Obama's protecting tenants at foreclosure

Act of 2009 which expired Dec. 31, 2014, but tenants that already had leases before

That time period ended still were supposed to be allowed to carry out their leases

To the end of their lease period as seen on the second page of the 2009 foreclosure act

**See exb.#36**, The Court would not allow him to finish his lease which ends in Dec. 31,

2016, and the Courts gave him 90 days to vacate the property  as seen in **exhibit #35,**

and they did not honor the protecting Tenants at foreclosure Act of 2009 that was put

out by the Dodd-Frank Wall Street Reform and Consumer Protection Act, **see exb. 37.**

<u>FDIC P&A (Purchase &AssumptionAgreement)page 17 article 3 sec.3.3 says that for JPM  to own the NOTE (and give JPM standing to Foreclose) the FDIC must sign (endorse) the NOTE over to JPM.</u>

**A1**.    On page 17 of the Purchase & Assumption Agreement between the FDIC and JPM article 3

section 3.3 says JPM cannot own the NOTE from the FDIC that came from Washington Mutual Bank, the FDIC must Possess the NOTE and sign the NOTE over to JPM before which JPM  cannot own, sale or foreclose on the NOTE.  And our NOTE was never possessed by the FDIC and the FDIC never signed the NOTE over to JPM so therefore JPM  does not own our NOTE and is not the Servicer, why?

I.    Because **Washington Mutual Bank FA** which is ***Federal Savings Bank***  to whom Plaintiffs signed the NOTE with **see exhibit 5& 6**, got Paid off when they sold the NOTE to**Washington Mutual Bank** a different entity which is almost the same name but without the letters ***FA*** at the end of their name **see exhibit (6)** This is also in violation of due process of the   law  of the 5th and 14th Amendment of the United States Constitution because the TILA Violation of Mortgage Servicing Rules 12-CFR-1026.39 says that the Bank must tell Owner when they Transfer the NOTE but to Committ Fraud they hid the transfer to hide the fact that they were putting the NOTE on the Market that's why  Washington Mutual Bank is the FORECLOSER on, us not Washington Mutual Bank FA. But even in the NOTE itself it says that they must tell the owner when the NOTE is transferred to another entity.

J.    Then Washington Mutual Bank sold the NOTE on the Market through WAMU Capital Corp. put the NOTE under the Cusip # 93363NAA3 see top of page 7 of the screen shot **exhibit #7, Page 7)**lines 3&8 in a pool of 404 other NOTEs called WaMu Mortgage Pass- Through Certificates Series 2006-AR12 Trust sold for $1,694,778,749 divided by 404 NOTES in that pool = $4.194 million made that paid off our 1.9 million dollar NOTE on the Stock Market and with Washington Mutual Bank as Servicer and US Bank NA as Trustee **(NO WHERE IS  JPM  SHOWN AS OWNER OR SERVICER ON SCREEN SHOTS MARKET SELL WHICH IS  STILL TRADING FROM SEPT. 2006 UNTIL JAN. 2016 ).**

**See page 6 at bottom of SCREEN SHOT exhibit 7.** So JPM is committing S.E.C. Fraud. Why?

K.   GAAP FSAB FSB Rule 140 says that once the NOTE is Traded on Market the NOTE must be Burned & Destroyed because the NOTE is paid off and cannot exist at the same time as the **NOTE** and never be used as foreclosure instrument again because that's Double Dipping and defrauding the investors who are made to believe that the NOTEs that is now a Bond are performing and is SEC Fraud for them to be investing in NOTES that are in Default with no hope unknowingly by investors for a return.

L.   **JPMorgan v. Sharone D. Waisome**The JPM and WAMU  Scheduler of NOTEs Expert Witness LARENCE NARDIS said in his Deposition there is absolutely no Ownership of Property NOTEs from Washington Mutual Bank through the FDIC to JPM,  so therefore JPM   has no Standing to foreclose on Washington Mutual Bank NOTEs.See in the deposition of former employee of WAMU System Analyist  Lawrence Nardi, taken on May 9, 2012, **Exhibit 9,**  Lawrence Nardi  testified in court  as seen in Deposition on page 261 From this case that there was no assignments of mortgage, and there was no alonges, and in the thousands of Loans that were a part of the purchase he had never seen an assignment of mortgage and that no assignments exist or allonges or anything transferring ownership from WAMU to JPM  from the FDIC.  In fact in the whole P&A Agreement between the FDIC and JPM from Washington Mutual Bank there are no mortgage loans promisary notes at all. There are only auto notes college loans and credit cards Therefore JPM cannot own any notes and therefore JPM has no standing to foreclose on the promissory notes.

M.   **ERIC MAINS V. JPMORGAN and WASHINGTON MUTUAL ET AL. This FDIC**

Expert Witness and former Employee of the FDIC, responsible for closing WAMU and acting as the failed WAMU's Receiver. see page 6 pargraph 26 of ERIC MAINS  v. JPM, 15-CV-00036SEB-WGH, Complaint, Eric Mains was in charge of Robert  C. Schoppe of the FDIC who signed the Operation of Law Document that JPM  uses in Court to falsely prove Ownership of NOTEs like in Our Case see **exhibit (4).** ERIC MAINS says that JPM doesn't OWN the Washington Mutual Bank NOTEs.

N.   Can't own NOTE through Operation of Law see JAVAHERI V. JPM  and KIM v.  JPM , Judge O.H. EATON in Florida Brevard County) say JPM  admits that they can't own the

Note by operation of law. **exhibit# 8.** (a case that JPMorgan is hiding). and the Florida 4thDCA GAINUS WRIGHT 111 V. JPM, JPM vs. Gary S. Snyder, and Jane Snyder, Fiorito v. JPM Chase Bank National Association 4th DCA says you can't own the Note by operation of law!! You must get the note signed over to you to the FDIC and you must file the note with the clerk of the court to have standing to foreclosure.

O.  The sale of Washington Mutual Bank Assets from the FDIC to JPM was never finished while JPM was foreclosing on us in Sept. 25. 2008 without owning the NOTE because JPM asked for more time to close the sale up until August 30. 2010 see **exhibit (10)** and until this day (2016) sale has not closed. So that even if WAMU would not have sold the NOTE on the Stock Market they were and are foreclosing without STANDING.

P.  Mclean v. JPM Florida says you can't foreclose on a NOTE before you own it so JPM has no standing to Foreclose.

I. **HOUSE BILL 87** Florida's Governor Rick Scott, Sighed a new foreclosure bill into

Law on 6/07/2013 called " House Bill 87" Requires lender to produce the note with Its

complaint, and limits deficiency Judgments. Starting July 1, 2013 (the plaintiff the

owner of the loan) must prove its right to foreclose by filing additional items along with

the foreclosure Complaint including:

1. A certification that the plaintiff is in possession of the original promissory Note.

2. if the Note has been lost, a lost note affidavit with a clear chain of ofendorsments, transfers or assignments of the promissory Note.and the NOTE cannot exist at the sametime as the Security which Is now turned into a **BOND exhibit#7pg.16-18**. because that is SEC Security Fraud because they're defrauding into believing that that BOND (NOTE) is performing when it's actually Defaulted and they are double dipping getting money foreclosing on Property and Stock Market money from investors this is ILLEGAL CRAZY! So they're illegally Foreclosing on our property!

**<u>AFFIDAVIT OF EXPERT WITNESS  AND PRIVATE INVESTIGATOR  WILLIAM</u>**

B.  J. PAATALO,  A. PROFESSIONAL LICENSED FORENSIC INVESTIGATOR  WITH

PROOF THAT JPMORGAN DOES NOT OWN THE LOAN TO THIS PROPERTY

See **exhibit (8B)  pages 1-18  AFFIDAVIT**

Exhibit # 1  WilliamPaatalo's  Resume, has conducted over 900 investigations
Exhibit # 2   JPMorgan Chase press release
Exhibit # 3  Deposition Transcript
Exhibit # 4  Crystal Davis Deposition
Exhibit # 5 3270 Explorer: Transfer History" screen shot
Exhibit # 6  chase "investor" disclosure letters
Exhibit # 7  unrelated"Assignment of Mortgage"
Exhibit # 8  Affiliated Business Disclosure
Exhibit # 9  Washington Mutual Bank, F.A.


**SEVENTH CAUSE OF ACTION- FEDERAL FRAUD AND CONCEALMENT**
 **FLA STATUE 475.25 (B)(D1)**


On July 14, 2006 Kurt Marinsigned a promissory Note for said Property at 3320

NE 165[th]st. Miami, Fl. 33160. The basis of the identification of Loan in WAMU

MORTGAGE PASS-THROUGH CERTIFICATE TRUST 2006-AR12 was made from the

Following factors/information that exactly corresponds with Kurt Marin Loan

Documents provided: Loan number 3010215659097; original  $2,180,000.00,For a

single family home. But on Sept. 26, 2006, the same Washington Mutual

Mortgage was sold on the Bloomberg Securities exchange as seen on exhibit #7 pg. 6,

On the 15th line from the top but not to JPMorgan who claim that they own  all loans,


Assets, and all loan commitments, of Washington Mutual From an affidavit from the

FDIC in Sept. 26, 2008  claiming JPMorgan Chase became owner by operation of law

From this affidavit that was never finalized, but its not possible for JPMorgan to own

The Note since it was already sold as a security in Sept. 26, 2006, right after it had been

Bought by Kurt Marin in 07/14/06.   In another instance of fraud on this same house

 An objection to sale was entered in the county courthouse in Miami Fl. for  real estate

case no: 2007-12402-CA01 on 02/24/2014,  by defendants **see Exb.B** . While checking

The records at the courthouse on 7/17/2014, looking in this same case we found new

Documents has been entered into the court file on 7/14/2014, they were documents

from JPMorgan Chase Bank ,**See exhibit A1**, the documents that they entered in the

court records On 7/14/2014 was a motion titled " MOTION TO RATIFY CLERKS SALE

AND DIRECT ISSUANCE OF CERTIFICATE OF TITLE" , as stated in the documents a

foreclosure sale was held on Feb. 13, 2014, the real property was sold to the plaintiff,

an objection to sale was entered in the file on 2/24/14, JPMorgan then attached to

those documents **exhibit A**, which is a copy of the Objection to sale, upon close

examination of the Defendants objection to sale that Plaintiffs Entered into the Court

Dockets the objection to sale copy  they entered in 7/14/2014  Differs from The

Original documents that was put in on Feb. 24, 2014, See exhibit A, the Copy they

(JPMorgan Chase  Bank) put in with their motion had at least two pages missing and

A different date on the Certficate of service than the Original and some different font

sizes in  the certificate of service and also in that same area the on the original it reads

On the last line on top of the signature the word is spelled "MIS" , while on the copy of

the JPMorgan it reads "M/S"  the document put in the file by JPMorgan has been altered

and is incomplete and is Fraud, we can never hope to get a fair hearing on this case,

because these Documents are Tampered with by the Plaintiffs , and what happened is

JP Morgan Lawyer in their motion to Ratify Clerks sale put in an exhibit "A"saying

(Lying) to the judge that this exhibit A was the  defendants exhibit A (motion to object

to sale) which only had 17 items listed, but this was tampered with false document

that JPMorgan Lawyers made up and change to escape defendants powerful motion to

Object to sale see our **exhibit B**with 29 items = red stamped copy and **exibit A** =

JPmorgan false copies now JPMorgan  has change the docket Aug. 20, 2014.  Jpm  Atty's

shapiro,  fishman& gach'e  and  their associates  Attorney Julie  herzlich  have  dirty hands

in  this  case, they have commited  Fraud and  forgery  in  this  case  by changing and

altering  our  motion  to  object  to sale and forging  defendants  signatures  to  illegally

take  our  home  knowing that  Jpm  does not own  our  Note.

**EIGHTH<u>CAUSE OF ACTION: :</u>NO STANDING TO FORECLOSE** IN VIOLATION OF 3.1 STANDING
RULE STANDING CAN BE BROUGHT UP ANYTIME **WITH VIOLATION OF
FLORIDA STATUTE 87**

This is an unlawful foreclosure because JPM does'nt own the Note, they cannot possibly own

the Note, read **exhibit #8** from Brevard County Florida Judge O.H. Eaton Jr. order granting

Defendants Motion for Summary  JudgmentOn Item 4 says by <u>Operation of Law</u> , JPMorgan

admitted that it is not the owner or Holder of the NOTE by Operation of law. Because only

the FDIC can own any Bank note by Operation of Law because  the Federal Gov. created the

FDIC to take over a failed Bank and acts as the Bank without the notes being signed over to

the FDIC but for another Bank to get the note from that closed and FDIC takened over bank

notes that Bank must get the note signed over to them from the FDIC according to the FDIC

PURCHASE AND ASSUMPTION AGREEMENT page 17. Art. 3. Sec. 3.3. says the FDIC must

sign the note over to the Bank before the Bank can own the not to sale, assign or foreclose on a  note. So therefore JPMORGAN cannot foreclose on a Note they don't Own!

JPM does not have standing in any part of this property to make any claims or
c
demands for any payments of any sort, because I now have absolute Proof that

JPM committed fraud on the court, as now proof from a CertifiedSecuritization

Auditor that is qualified and experienced to providethe necessaryProfessional

service that is trained to navigate and perform searches on the Bloomberg terminal

in regards to the  automatic tracking  and determination of mortgage and loan

related documents and information as seen **on exhibit 7#.** An <u>affidavit from Expert

Witness  Eliyshuwa ShaphatYisrael a certified SEC/CFLA AUDITOR</u>  explaining and

proving with the Prospectus Screen Shots on Stock Market the transactions that

tookPlace on said propery at 3320 NE 165thstreet Mia. Fl. 33165 of all the screen

shots that took place with the securities transactions during the time the property

Was sold to owner Kurt Marin  up until the present time **see exhibit 7, pgs. 2-5,** and

aLicensed BloombergMortgage securitization Auditor(SEC) of the CFLA.**see**

**exb.#7, pg.1.**This shows that Washington Mutual Bank Aa/k/a Federal Savings

**exhibit7,pg.2** Bank sold  note right after the closing of  the property 07/14/06 to

WAMU Capital Corp. who on pg. one of the Screen Shot Sold NOTE on Market as a

Security 09/26/06 with US BANK National Association as Trustee**Exhibit# 7pg.6**

This proves that Washington Mutual Bank FA sold the Note as a Security 09/26/06

&after selling the NOTE one year later April 25. 2007 without noticing us filed a

notice of lis **Pendens exhibit A3**. Then WAMU was taken over by the FDIC Sept 25.

2008 and all WAMU assets to JPM**exhibit 4**. But this did not include our NOTE

because our NOTE was already sold as a security on the Market **exhibit7pg.6**

<u>**NINETH CAUSE OF ACTION:**</u>**NO STANDING TO FORECLOSE** IN VIOLATION OF 3.1 STANDING RULE STANDING CAN BE BROUGHT UP ANYTIME **WITH VIOLATION OF FLORIDA STATUTE 87**

This is an unlawful foreclosure because JPM does'nt own the Note, they cannot possibly own the Note, read **exhibit #8** from Brevard County Florida Judge O.H. Eaton Jr. order granting Defendants Motion for Summary  JudgmentOn Item 4 says by <u>Operation of Law</u> , JPMorgan admitted that it is not the owner or Holder of the NOTE by Operation of law. Because only the FDIC can own any Bank note by Operation of Law because  the Federal Gov. created the FDIC to take over a failed Bank and acts as the Bank without the notes being signed over to the FDIC but for another Bank to get the note from that closed and FDIC takened over bank notes that Bank must get the note signed over to them from the FDIC according to the FDIC PURCHASE AND ASSUMPTION AGREEMENT page 17. Art. 3. Sec. 3.3. says the FDIC must sign the note over to the Bank before the Bank can own the not to sale, assign or foreclose on a  note. So therefore JPMORGAN cannot foreclose on a Note they don't Own!

JPM does not have standing in any part of this property to make any claims or c

demands for any payments of any sort, because I now have absolute Proof that

JPM committed fraud on the court, as now proof from a CertifiedSecuritization

Auditor that is qualified and experienced to providethe necessaryProfessional

service that is trained to navigate and perform searches on the Bloomberg terminal

in regards to the  automatic tracking  and determination of mortgage and loan

related documents and information as seen **on exhibit 7#.** An <u>affidavit from Expert</u>

<u>Witness  Eliyshuwa ShaphatYisrael a certified SEC/CFLA AUDITOR </u> explaining and

proving with the Prospectus Screen Shots on Stock Market the transactions that

tookPlace on said propery at 3320 NE 165ᵗʰstreet Mia. Fl. 33165 of all the screen

shots that took place with the securities transactions during the time the property

Was sold to owner Kurt Marin  up until the present time **see exhibit 7, pgs. 2-5,** and

aLicensed BloombergMortgage securitization Auditor(SEC) of the CFLA.**see**

**exb.#7, pg.1.**This shows that Washington Mutual Bank Aa/k/a Federal Savings

**exhibit7,pg.2** Bank sold  note right after the closing of  the property 07/14/06 to

WAMU Capital Corp. who on pg. one of the Screen Shot Sold NOTE on Market as a

Security 09/26/06 with US BANK National Association as Trustee**Exhibit# 7pg.6**

This proves that Washington Mutual Bank FA sold the Note as a Security 09/26/06

&after selling the NOTE one year later April 25. 2007 without noticing us filed a

notice of lis **Pendens exhibit A3**. Then WAMU was taken over by the FDIC Sept 25.

2008 and all WAMU assets to JPM**exhibit 4**. But this did not include our NOTE

because our NOTE was already sold as a security on the Market **exhibit7pg.6**


**TENTH FEDERAL CAUSE OFACTION: AGAINST DADE CLERK OF COURTS FOR DESTROYING FILE IN VIOLATION OF FLORIDA STATUTE 119.11(4) VIOLATING FEDERAL RICO LAW BY COLLUDING WITH BANKS TO STEAL OUR PROPERTIES AND VIOLATION OF BANKRUPTCY STAY BY CLERKS NOT STOPPING SALE WHEN WE SHOWED THEM FED. STAY**


 The State court clerk were Hiding the File and telling us the File & note was destroyed when it

wasn't and then telling us the note was destroyed on camera, and they said that Mack

Wells,Bankruptcy would not stop the sale while on video. Clyde McPhatter and Maurice

Symonette's Bankruptcy would not stop the sale while on video. On the date of 2/3/2016

Plaintiff was in the state court House on Flagler Street in Miami Fl. I requested the court

Records to my property at 3320 NE 165thst. Miami Fl. 33160 From the Clerk but the clerk

Informed me that they had been ordered to burn my property foreclosure records on 1/1/15,

**See exhibit# AA,** Affidavits **exhibit #1a.&1b,** and **exhibit# 2 videoon gods2.com** my

property records should not Have been destroyed because at the time and for years I've had

lawsuits and appeals in state court, federal court and now they've destroyed the files making it

very difficult for me to go on with my case against  JPM,  in violation of Florida Statue

119.11(4) which says "service of a complaint, counterclaim or cross claim in a civil action

brought to enforce provisions of this chapter, the custodian of the public record that is the

subject matter of such civil action shall not transfer custody, <u>alter, destroy or otherwise</u>

<u>dispose of the public record</u> sought to be inspected and examined , not withstanding the

applicability of an exemption or the assertion that the requested record is not public record

subject to inspection and examination under s.119.07(1) until the court directs otherwise. The

person who has custody of such public record may, however at anytime permit inspection of

the requested record as provided in s. 119.07(1) and other provisions of the law." We have

witnesses who saw the whole FILE and there was no Original blue ink NOTE in the File see

Affidavit **exhibit 3.** The only thing JPM had as any proof of NOTE ownership was two FDIC

Documents stating that JPM by Operation Law JPMorgan now owns all of Washington

Mutual Bank's Assets but never showing our NOTE as one of  the assets **see exhibit 4. Now**

**when we come to see the whole FILE to see the original NOTE of which we are witnesess**

**that there was never an original NOTE Filed but the CLERK OF THE COURT is helping**

**JPM BANK by saying they have DESTROYED the FILE so that we cannot see the Phathom**

**NOTE  when in actuality the only paper JPM BANK used to show their ownership of**

**NOTE is the by OPERATION OF LAW LETTER from the FDIC which the Courts have totally**

**REJECTED KIM V. JPM.**

FEDERAL RULE **3.1 STANDING RULE**

J.       Standing can be questioned anytime during a case. The Supreme Court has made it clear that the burden of establishing Standing rest on the plaintiff (the owner of the Note). At each stage of the litigation from the initial pleading stage. Through summary judgment and trail-the plaintiff must carry the burden. Standing must exist on the date that the complaint is filed and throughout the litigation. Moreover, standing cannot be conferred by agreement and can be challenged at any time in the litigation, Including on appeal by the defendants or in some circumstances by the court Sua Sponte.  Finally plaintiffs must demonstrate standing for each claim and each request for relief. There is no supplemental standing: standing to assert NOTE cannot exist at the same  time as the Security which Is now turned into a **BOND exhibit #7 pg. 16-18**. because that is SEC Security Fraud because they're defrauding into believing that that BOND (NOTE) is performing when it's actually Defaulted and they are double dipping getting money foreclosing on Property and Stock Market money from investors this  is ILLEGAL CRAZY! one claim does not create standing to assert claims arising from the same nucleus of operative facts. Washington  Mutual Bank FA, Washington  Mutual Bank  nor JPMorgan  Chase was not in possession of the Note Prior to the date of  filing LisPendens of the Final Judgment.

9.       JPMorgan admits in **exhibit # 8** that by operation of law that JPMorgan it is not the owner or holder of the original note, as was held in court  by Judge O.H. Eaton where on that case defendants were granted motion for Summary Claimed to have acquired to have acquired all of Washington Mutual's loans And assets through the FDIC by Operation of  Law, and in fact the record is Utterly Bereft of any evidence as to the manner in which that Note ultimately Came into Possession  of  Washington  Mutual Bank  FA subsequent to the Filing of its Complaint. Accordingly there exist genuine material issues of  Fact which operate to legally preclude entry of a Summary Judgment. Therefore JPMorgan foreclosed on us before they actually owned the note They can't foreclose on a Note before they own it see (Robert Mclean v. JPM),

**ELEVENTH <u>CAUSE OF ACTION: FEDERAL VIOLATION OF DUE PROCESS OF LAW THE FIFTH AMENDMENT AND SERVICE FLORIDA RULES OF CIVIL PROCEEDURE 1.070 (A)(B)(C)(D)(E)(F)(G)(H)(I)</u>**

We now have found  newly found evidence Found after the Judge released file from Judge's office back to Clerk of the Courts where we now able to get the proof of filings proving that *appellant's Had been claiming that they were never Served from the beginning one Month after Judgement see exhibit #27 and then six months later in exhibit #28,Lawyer for Appellant's  Nashid  Sabir entered a motion to vacate default Into the files Because we were never served so therefore the rule that said You must file a motion on the factthat you* were never served before one Year after Judgement or wait until the last minute to say you were not served See Well Fargo v. Lopez and Indy Mac v. DeCastro. We clearly were well Within the time required twice we did Motions concerning not being Served.

10.
On page 3, 2nd paragraph  of  JPMorgan's answer to our Brief see appeal case 3D15-1672 they admit That they did not have NOTE to show ownership after we have been asking Fom the beginning of this case to produce  but instead says by OPERATION OF LAW from the WAMU through the FDIC to JPMorgan they own the NOTE

A.  See JPMorgan  v. Wright 4th DCA of Florida,  Judge O.H. Eaton  Brevard

B.  County Florida, Kim  v. JPMorgan, Javaheri  v. JPMorgan all say you

C.  can't Own NOTE through Operation of Law

D.  The FDIC Rules say in the Purchase & Assumption Agreement between the FDIC and JPMorgan on page 17 article 3 section 3.3 says in order for JPMorgan to own a WAMU NOTE the FDIC must sign the NOTE to JPMorgan who then must file that NOTE with the Clerk of the Courts not by Operation Of Law which was created for the FDIC Gov. branch only not the Banks

E.  On item #2, page. 8, Appellees state that appellants argument concerning Standing was not a proper ground on which to oppose the issuance of the Certificate of title, but the fact is we filed our Motion to Object to Sale and prove standing was set for hearing before Banks Motion to issuance of the title the Judge just did them at the same time even though our should have been heard first now they say it was the wrong forum. Well it was also in Bankruptcy and should have not been heard at all and Bank say our motion was meritless in any event because of rocket hearings never gave us a chance to show Merrits which was because we were never late on payments and JPMorgan does not own the NOTE!

F.                                                                                      On pg. 9 second paragraph appellees say it therefore necessarily follows that if an argument as to the as to the validity of the foreclosure judgment cannot be raised as a challenge to the sale, and it certainly cannot be raised as a challenge to  the mere "ministerial act" of issuing the subsequent certificate of title, but they never gave us a hearing now that the judge recused herself.

G.   On page 10 second paragraph appellees state that the record does not demonstrate that Marin preserved his right to challenge  the personal jurisdiction of the trial court by timely arguing a failure of service, But Marin's argument as is well understood because now there is newly Found evidence because the Judge in the state court had kept the files in their

office. After finding the documents it clearly shows that we did preserved it on record one month after judgement **See exhibit 27**

H.   Again here on page 10, marin apparently filed an answer to the complaint On 05/04/2007 yet fails to include the answer in the record on appeal, appellant had asked for the note, called bank after seeing file while checking on another house.

I.   On page 11 they appellees say proper service was given under section 48.031(1)(a), Fl. Statues, and that appellants do not even attempt to dispute the affidavit of the process server , but affidavit from tenant says as never served and no person by that name ever lived  at 1220  at that time or ever see exhibit **#38-39** the law is law and the rules are the

rules they can't work one sided this what the criminal want's is for you to be rendered helpless with no weapons to fight back against their thievery so they can enforce the American  Black Code of the South right after Civil War which said "X Slaves are not allowed to own PROPERTY , Meet together to Start and Own Business or OWN WEAPONS (law) to Defend ourselves google this. The Banks are using  Judges to enforce their BLACK CODE on now Blacks and Whites by asking you Judges to not follow the law and rules that would PROTECT  US. making the fight lop sided Protecting and Cheating for the BANKS our hope is lost  because the LAW clearly states that Defendants must be NOTICED!

J.last paragraph pg. 11, it says automatic stay does not apply to the issuance of certificate of title. JPmorgan  down  played  the  fact  that  that  they  broke  the  law  and  ran  over  clyde Mcphatters bankruptcy calling it a mere "ministerial task"(on pg.2) that does not violate an automatic stay In bankruptcy, but bankruptcy Stay stops all action on Property, stay must be relieved by Federal bankruptcy Judge that's typing) to see if Mcphatter had intervened   **see exhibit #32 . Page 13 lines 10-24**transcript and see Bankruptcy stay law 11 USC 362(a) (3). And the court violated property owner Clyde Mcphatter's  right to use his bankruptcy to stop  the  transfer  of  the  Title  to his house even though it has been shown in the docket on **exhibit  #29** on dates 07/12/13 thru 07/16/13  McPhatter had  been granted the right to

intervene by Judge Hubbard on occasions for the same property **see exhibit #29.**Attorney's for Appellee's had never filed an Appeal to those Decisions by Judge  Hubbard so therefore Clyde McPhatter Bankruptcy was right . And Judge  Areces erred when she ran over the Bankruptcy and must be overturned because Judge Areces has no right to run over Bankruptcy wherein we tried to object to Claim and amount owed and now the Judge hasrecused herself to avoid the appearance of impropriety  **exhibit #33.** Only the FDIC  RULES say That the only way that JPM can take over the Note is not by operation of law, operation of law was created by the united states Government using the FDIC Which is an insurance company to protect the people so they wouldn't  have  to  do  a  run  on  the  bank  but  if  the  bank  failed  they  were  insuredup  to $100,000.00 by the peoples money from the Treasury  Department which is tax dollars the FDIC was created to protect them so they wouldn't have to do a runon the bank and they can get their money back and then the FDIC would be allowed to act Through operation of law as if they are the bankthat's as if they are WAMU to be them by getting the note signed over to them so that they could sell the assets freely without going through all of the regular rules acting as if they are the bank(WAMU bank) and then whoever they sell the Note to they recover their money to give back to the people  for victims to recover their money from the failed bank Then WAMU is out the way then whoever they sold it to would have to then getThe note signedover to you from the FDIC according to the FDIC rule which Is the Purchsae & Assumption agreement page 17. Article 3 sec. 3.3 where They must sign the Note over to the bank that they sold it to like JPM,  JPM  is not designed by the US Gov. To help the people they are designed to make money and  act  as  a  bank  they  Cannot  own  Note  through  operation  of  law  according  to  **Kim  v. JPMorgan** Supreme Court of Michigan and according to certain rules in the state of Florida like Florida Statute 87 which says the NOTE must signed over to you for you to own the NOTE. Of which JPM does not have our NOTE signed over to them from the FDIC or WAMU and therefore has no standing to foreclose orEVICT.When the Sherriffs come theymust have a copy of the signed NOTE which is now a BOND so Sherriffs must have the BOND that is in JPM's namebut the BOND is not in JPM's name **exhibit#7pg.16-18**. WAMU mortgage passed the certificates 2006 AR 12 has been desolved since 2009 and is no longer a trustand U.S Bank as Trustee cannot conduct a lawsuit for a trust that no longer exist so the U.S. Bank will be breaking the law if they were conducting a lawsuit or a foreclosure in the name of a trust that no longer

exist also Washington mutual its self is bankrupt and was already taken over by the FDIC it does not exist therefore they cannot conduct a foreclosure Case in the name of Washington Mutual Bank FA. We know that in the Interest of Justice a Judge would say you must pay your Mortgage and the fact is we we're paying our Mortgage and after JPM took over sent our moneyback. So in the promissory note we promised to make full payment but we never promised how we would pay it back, we could have paid them back by borrowing the money from my Grand Father or any other kind of way so therefore we're not responsible for the fact that they helped us pay them back by selling the note for us and securitizing the note and making much more money off of what we were supposed to pay back than what we owed therefore they have been paid and they can no longer ask us for the money, example you buy a car for $100,000 you make

payments on a car up to $80,000, now you owe $20,000, you can't finishpaying, the bank Reposses the car, then the Bank sells the Car for $80,000 the bank is supposed to take their $20,000 and give u back the $60,000 as per Federal Law TILA. So now back to our JPMorgan case. Our Note is in a Bundle of 400 other Notes converted into a Bond and is now trading on the market from 09/2006-01/2016 and made $1.7 billion divided by 400 Notes=they made over four million which is over twice what the 1.9mil. we owe. This was done off of the 404 notes that were packagedand securitized in 2006 and they collected off of the insurance and they collected off of our payments and the IRS gave them a write off in the form of cash so they have been well $700 billion bailout they've been well compensated compensated even though they act like they are the Damsel in distress and then they got a $700 billion bailout they've been well compensated they are not the Damsel in distress we the people (Home Owners) are. And trying to make us look like the criminal when they're the ones who are the criminals who made the money off of our signature and note. After the Civil War the now EX SLAVE MASTERS of the South in America passed a Law called the American Black Code of the South.Here are Some of the excerpts, A. Niggers cannot OWN PROPERTY (so JPM financers of Slavery see google, can without Standing just take our property).  B. NIGGERS  ARE NOT ALLOWED TO BE A WITTNESS OR TESTIFY IN COURT AGAINST WHITES (like our AFFIDAVITS of all of our Witnesses of all of the atrocities the Defendants have done to us is considered frivolous and  futile, so the Defendants can break all laws to destroy us even using RACISM and open Police Abuse and Robbery and now accuse us of doing of what they have done Wrong. Revelations 12:10. And hold themselves

not guilty.  Zacheriah 11:5 says Oppressors kill us and hold themselves not Guilty. C. NIGGERS ARE NOT ALLOWED TO HAVE GUNS TO PROTECT THEMSELVES (like Shapiro, Fishman & Gach'e asked the Judge to take away our right to defend ourselves PRO SE  so that only the Criminals and Vampires have teeth (fangs) and bullets (weapons) and can just kill us while we are defenseless  to PRO SE defend ourselves.   See Google or Bing RULES AND LAWS OF THE LOUSIANA BLACK  CODE OF  THE SOUTH. **See exhibit #34  or www. Bing.com**T*he things that were done to us is absolutely inhuman and proof that we are just Broken like a horse slave  and the sad thing is that White People (Gentiles my Brothers) are being done the same way (Reverse Discrimination), we have  absolutely no rights or hope for JUSTICE against the sons of Perdition  2Thess.21-11 Lawyers (Ishmael, Canaan & Ham all of them aren't Evil but must Repent to be Saved) LUKE 11:42-54. If your parents were treated like they did us,*

### TWELTH FEDERAL CAUSE OF ACTION: VIOLATION OF RICO: FLORIDA STATUE 895.(1)(2)(3)(4)(5)(6)(7)(8)(9)

The Judge and Attorneys are secretly conspiring together to steal Plaintiffs property for themselves because the Trust the Atty's are illegally representing for the notes on this property does not exhist and JPM. NEVER GOT THE note signed over to them from the FDIC according to the PERCHASE AND ASSUMPTION AGREEMENT of the FDIC Page 117. Art. 3 Sec. 3.3 the FDIC says that the FDIC must sign the WAMU Note Over to JPM. For JPM. To own the NOTE or to Foreclose the NOTE the BANK CANNOT OWN the NOTE by Operation of LAW JPM. THEIR BANK and Judge Areces HAVE Conspired to steal our property and  we demand that she produce any interest or stock in the Banks that have caused Biasness.Therefore we ask the Fed. Judge in the name of God and in the interest of Justice to return our stolen property or it's cash equivalent and return our house.

**THE THIRTEENTH CAUSE OF ACTION:VIOLATION OF DISBURSMENT OF SURPLUS FUNDS AFTER JUDICIAL SALE Fl. STATUE 45.032 AND RICO BANK COLLUDING WITH ATTYS. AND JUDGE ARCESE**

JPM. claimed we owed them $2,712,019.36 and the deficiency rules say that if we owed that and they sold the property for less than owed they get a deficiency judgement against the home owner or if they got more money back than what's owed the home owner gets the judgement in their favor from the moneys gotten by JPM. And other mortgages and liens that might exhist the home owner gets the monies over that. The Final Judgment said the owner owed $2,712,019.36 the sold at foreclosure sale for $1,150,400.00 and with all the liens and atty's fees we know they owe us the owners  millions of dollars determined from the CFLA Audit and the insurance which covered the principal of $2,195,601.68 amount given to JPM. And the Tax loss given to JPM. By the IRS in the amount of 2,195,601.68 plus the money made selling bond (note) wherein the CFLA Audit has determined that the BOND (note) was packedged in a group of 404 other BONDS (NOTES) that sold for $1,694,778,749.00 divided by 404 = $4,194,996.00 made from the sale of our NOTE (BOND). $2,195,601.68 Insurance + $2,195,601.68 Tax wright off + $1,150,400.00 Foreclosure Sale + $35,000.00 of five monthly $7,000.00 payments + $4,194,996.00 made from the sale of the BOND (NOTE) on the Bond Market= $9,736,634.36 minus the $2,712,019.36 owners owe bank $7,024,615.00 is what JPM is stealing from Owners. And this is not including how many more times the BOND (NOTE) has sold on the Market to be determined by CFLA Audit of the  and interest.see Exhibit 45

FOURTEENTH CAUSE OF ACTION:
FEDERAL VIOLATION OF FDIC PURCHASE AND ASSUMPTION AGREEMENT PG. 17 ART. 3 SEC. 3.3.

The FDIC P&A (purchase and Assumption Agreement)  page 17 Art. 3 Sec. 3.3 says that for JPM to own the Note (and give JPM standing to foreclose) the FDIC must sign (endorse ) the over to JPM before they can foreclose and JPM. Never got the Note signed over to them from the FDIC which caused us to lose our property.

-

**PRAYER**

48

WHEREFORE, Plaintiff requests judgment as follows:

1. That this court issue an Order to Show Cause and, after a hearing, issue a Temporary Restraining Order and Preliminary Injunction restraining Defendants, and each of them, during the pendency ofthis action, from continuing with their efforts to conduct a Trustee's Sale ofthe Property.

2. That foreclosure of the Property be declared Illegal and that Defendants be forever enjoined and restrained from selling the Property or attempting to sell it or causing it to be sold, either under power of sale pursuant to trust deed or by foreclosure action, and from posting, publishing, or recording any notice of default or notice of trustee's sale contrary to state or federal law.

3. That the underlying loan transaction be declared void as a result of Defendant's and WaMu's misrepresentations, fraud, concealment, and predatory loan practices.

4. That Defendants make restitution to Plaintiff according to proof.

5. For a judgment determining that Plaintiff is the owner in fee simple of the Property against the adverse claims of Defendants and that Defendants have no interest in the property adverse to Plaintiff.

6. For damages in an amount of $8,000,000.00.

7. For costs of suit and reasonable fees.

8. For any and all other and further relief thatMay be just in this matter.

The State court is participating in helping the Bank (JPMorgan ) to defeat Plaintiffs. The

Chief Judge said if we want a long hearing we should get it to prove our Case, and not

be forced to into a rocket docket which is scheduled to last only 5 minutes.

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SERVED BY
US MAIL TO: Julie Herzlich, Esq. Fl. Bar#9459 of SHAPIRO, FISHMAN AND GACH'E, LLP
Attorneys for plaintiff, 2424 North Fed. Highway Ste. 360 Boca Raton, Fl. 33431.  Ph: 561-
998-6700

James Buckman
2035 Linton Dr. B
Delray Beach fl. 33445

Maurice Symonette
2035 Linton Dr. apt. B
Delray Beach, fl,33445

CLYDE MCPHATTER
2035 Linton Dr. apt. B
Beach Fl. 33445

Alfred Davis
2035 Linton Dr. apt. B
Delray Beach Fl. 33445

Jermmial Parham
2035 Linton Dr. apt. B
Delray Beach Fl. 33445