United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Maurice Symonette and others, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 18-21782-Civ-Scola |
| | ) | |
| JP Morgan Chase Bank, and others, | ) | |
| Defendants. | ) | |

## Order Requiring Filing of Amended Complaint and Compliance with Federal Rule of Civil Procedure 4(m)

It appears that the Plaintiffs have failed to timely serve the Defendants in this case. The Plaintiffs filed their complaint on May 3, 2018. A plaintiff is responsible for serving the defendant with a summons and the complaint within 90 days of filing the complaint. Fed. R. Civ. P. 4(c)(1); Fed. R. Civ. P. 4(m). In this case, service was required by August 1, 2018. From a review of the record, it does not appear that the Plaintiff has served the Defendants with the summons and complaint. *See* Fed. R. Civ. P. 4(l)(1) ("Unless service is waived, proof of service must be made to the court."). "If the plaintiff fails to properly serve the defendant within [90] days, 'the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice . . . or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.'" *Lepone-Dempsey v. Carroll Cnty. Comm'rs*, 476 F.3d 1277, 1281 (11th Cir. 2007) (quoting Fed. R. Civ. P. 4(m)).

On July 3, 2018, Magistrate Judge Edwin G. Torres granted the Plaintiffs' motion to amend their complaint and advised that to the extent any public officials or agencies are joined as defendants in the amended complaint, the Plaintiffs must serve them in accordance with Federal Rule of Civil Procedure 4(j)(2) within 90 days of the order. (Order, ECF No. 10.) The Plaintiffs have not yet separately filed their amended complaint as required by Local Rule 15.1.

Accordingly, the Plaintiffs are directed to file their amended complaint with the Court on or before **August 16, 2018**, and are notified, in keeping with Rule 4(m), that the Court will dismiss this case without prejudice unless the Plaintiffs can establish, no later than **October 1, 2018**, that the Defendants were timely served with the amended complaint or that good cause exists for its failure to timely serve the Defendants. If the Plaintiffs fail to submit their amended complaint on or before August 16, 2018, the Court may dismiss this action for failure to prosecute or failure to comply with the Court's order.

**Done and ordered** in chambers, at Miami, Florida, on August 7, 2018.

Robert N. Scola, Jr.
United States District Judge