United States District Court
for the
Southern District of Florida

| Maurice Symonette and others, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 18-21782-Civ-Scola |
| | ) | |
| JP Morgan Chase Bank, and | ) | |
| others, Defendants. | ) | |

## Order on Motions to Dismiss

This matter is before the Court on Defendants' Motions to Dismiss (ECF Nos. 20, 25). This case is yet another lawsuit brought by Plaintiffs Maurice Symonette and his associates to prevent a foreclosure in state court. *See Symonette v. Aurora Loan Services, LLC,* No. 13-24142, 2014 WL 11380946 (S.D. Fla. March 1, 2014) (Huck, J.). By Defendants' count, this is the ninth case of its kind. (ECF No. 20 at 2.) As a result of Plaintiffs' litigation tactics, they have been prevented from filing certain documents with the state court. Judge Isicoff, a bankruptcy judge in the Southern District of Florida, barred Plaintiffs from filing any further bankruptcy actions in any district in the United States for a period of five years. (*Id.*) Plaintiffs have even named as a defendant Judge Barbara Areces, a Miami-Dade County Circuit Court Judge, in an effort to invalidate her order in the underlying foreclosure case. (ECF No. 25.)

Here, the Plaintiffs once again seek relief from a foreclosure judgment entered against them in the Circuit Court of Miami-Dade County in July 2009. Defendants JPMorgan Chase, Washington Mutual Bank, and Judge Areces moved to dismiss the complaint. (ECF Nos. 20, 25.) The Plaintiffs have failed to respond to either motion to dismiss or otherwise move for an extension of time to respond. Therefore, pursuant to Local Rule 7.1(c), the motions to dismiss (**ECF Nos. 20, 25**) are **granted** by default. Furthermore, upon review of JP Morgan Chase's motion to dismiss and Judge Areces's motion to dismiss and the history of Plaintiffs' abusive litigation tactics, the court dismisses the case with **prejudice**. *Symonette,* 2014 WL 11380946 at *1.

The Court directs the Clerk to **close** this case.

**Done and ordered** at Miami, Florida on April 5, 2019.

Robert N. Scola, Jr.
United States District Judge